UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                                  :          CHAPTER 13

DEBRALEE GURBA,                                              :

          Debtor                                          :          BANKRUPTCY NO. 15-18658JKF

## PRE-CONFIRMATION CERTIFICATION
## OF COMPLIANCE WITH POST-PETITION OBLIGATIONS IN ACCORDANCE
## WITH 11 U.S.C. SECTIONS 1325(a)(6), 1325 (a)(8) AND (a)(9)

     James D. Moran, the attorney for the Debtor, upon his oath and according to law, hereby certifies as follows in connection with the confirmation hearing scheduled for August 25, 2016 in the above Chapter 13 case:

1. The above-named Debtor will be able to make all payments under the Plan and will be able to comply with the Plan.

2. The Debtor is not required to pay any Domestic Support Obligations.

3. The Debtor has filed all applicable Federal, State and local tax returns as required by 11 U.S.C. Section 1308.

4. If the confirmation hearing date is adjourned for any reason and the information herein should change, an updated Certification will be provided to the Standing Trustee before a subsequent confirmation hearing date.

5. This Certification is being signed by counsel for the Debtor, who certifies that the Debtor was duly questioned about the statements in this Certification, and that the Debtor supplied answers consistent with the Certification.

Dated: Aug 1, 2016

                                        JAMES D. MORAN, ESQUIRE
                                        Attorney for Debtor
                                        2230 Land Title Building
                                        100 South Broad Street
                                        Philadelphia, PA 19110
                                        (215) 751-1670
                                        Fax: (215) 563-8330
                                        jamesdmoran@hotmail.com