# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 15-18658-JKF

DEBRALEE GURBA

6140 Charles Street

Philadelphia, PA 19135-

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    DEBRALEE GURBA

    6140 Charles Street

    Philadelphia, PA 19135-

Counsel for debtor(s), by electronic notice only.

    JAMES MORAN ESQUIRE
    2230 LAND TITLE BUILDING
    100 SOUTH BROAD STREET
    PHILA, PA 19110-

Date: 8/26/2016

                                              /S/ William C. Miller
                                              _____

                                              William C. Miller, Esquire
                                              Chapter 13 Standing Trustee