UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                :       CHAPTER 13

DEBRALEE GURBA,                       :

      Debtor                      :       BANKRUPTCY NO. 15-18658JKF

### CERTIFICATION OF NO OPPOSITION TO COUNSEL'S MOTION TO APPROVE FEE

    James D. Moran, Esquire, the attorney for the Debtor, hereby certifies that more than twenty (20) days have elapsed since he made service of the Notice of Motion of Debtor's Counsel for Approval of Fee.

    Counsel further certifies that no creditor or party in interest has filed an answer, objection, request for a hearing or other responsive pleading with this court.

                                                    Respectfully submitted,

                                                    JAMES D. MORAN, ESQUIRE
                                                    Attorney for Debtor
                                                    2230 Land Title Building
                                                    100 South Broad Street
                                                    Philadelphia, PA 19110
                                                    Tel: (215) 751-1670
                                                    Fax: (215) 563-8330
                                                    jamesdmoran@hotmail.com

Dated: Sept 7, 2016