UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                    :          CHAPTER 13

DEBRALEE GURBA,                                           :

            Debtor                                        :          BANKRUPTCY NO. 15-18658JKF

ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE
FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

AND NOW, upon consideration of the Motion to Dismiss the Chapter 13 case filed by William C.

Miller, Standing Trustee (the "Trustee"), and after Notice and hearing, it is ORDERED that:

1.      This Chapter 13 Bankruptcy case is dismissed.

2.      Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy
Court if such has not been previously filed.

3.      Any Wage Orders previously entered are VACATED.

4.      Pursuant to 11 U.S.C. 349(b)(3), the undistributed Chapter 13 Plan payments in the
possession of the Trustee shall not revest in the entity in which such property was vested immediately
before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C.
349(b)(3).

5.      All applications for Allowance of Administrative Expenses (including Applications for
Allowance of Professional Fees) shall be filed within twenty (20) days of the entry of this Order.

6.      Counsel for the Debtor shall serve this Order by first class mail, postage prepaid, on all
creditors and interested parties within five (5) days of the entry of this Order. Counsel shall file a
Certification of Service confirming such service, and (1) a Certification of No Response confirming that
neither an objection to the proposed compensation nor an Application for Administrative Expense has
been filed; or (2) certify that such Applications had been filed and setting hearing on all such Applications.

7.      If no Certification as required above in paragraph 6 has been entered on the Docket
within sixty (60) days of the entry of this Order, then the Standing Trustee shall, if any Applications for
Administrative Expenses other than the Debtor's counsel's have been filed, set a hearing thereon or if no
such Applications have been filed, be authorized to return such funds to the Debtor pursuant to 11 U.S.C.
§1328(a)(2).

BY THE COURT:

_____
JEAN K. FITZSIMON,
U.S. Bankruptcy Judge

Dated:_____