United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                  Case No. 15-18658-jkf
Debralee Gurba                                                                          Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia              Page 1 of 1                  Date Rcvd: Sep 30, 2016
                              Form ID: pdf900             Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 02, 2016.
db              +Debralee Gurba,    6140 Charles Street,    Philadelphia, PA 19135-3414
13720793         American InfoSource LP as agent for,    DIRECTV, LLC,    PO Box 5008,
                  Carol Stream, IL 60197-5008
13642031        +KML Law Group, PC,    701 Market Street, Suite 5000,,    Philadelphia, PA 19106-1541
13726969         U S Department of Education,    P O Box 16448,    St. Paul, MN 55116-0448
13723053         U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PE,    PHFA Loan Servicing Division,
                  Harrisburg, PA 17101
13642033        +U.S. Bank National Association,    Trustee for PA Housing Finance Agency,    211 N. Front St.,,
                  PO Box 15057,    Harrisburg, PA 17105-5057

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: bankruptcy@phila.gov Oct 01 2016 02:12:19      City of Philadelphia,
                  City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                  Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 01 2016 02:11:52
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 01 2016 02:12:07      U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr               E-mail/Text: bankruptcy@phila.gov Oct 01 2016 02:12:19      City of Philadelphia,
                  Law Revenue Department,    c/o Pamela Elchert Thurmond,    1401 JFK Boulevard,
                  5th Floor, Municipal Services Bldg,    Philadelphia, PA  19102
13648148         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 01 2016 02:19:41
                  American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,    PO Box 248848,
                  Oklahoma City, OK  73124-8848
13733613         E-mail/Text: bankruptcy@phila.gov Oct 01 2016 02:12:20      City of Philadelphia,
                  Law Department Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                  Philadelphia, PA  19102-1595
13642030        +E-mail/Text: bankruptcy@phila.gov Oct 01 2016 02:12:20      City of Philadelphia,
                  Law Dept.-Tax Unit,,   1401 JFK Blvd., 5th floor,,    Philadelphia, PA 19102-1611
                                                                                               TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13649365         James D. Moran,2230 Land Title Bldg.,Phila.,PA 191
13649363         James D.Moran,2230 Land Title Bldg.,Phila.,PA 1911
13642032         Peter J. Gurba,   Unknown
                                                                                   TOTALS: 3, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2016                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 30, 2016 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, Et Al...
               agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
              JAMES D. MORAN    on behalf of Debtor Debralee  Gurba jamesdmoran@hotmail.com
              PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov,
               james.feighan@phila.gov
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                               TOTAL: 5



UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                            :        CHAPTER 13

DEBRALEE GURBA,                          :

            Debtor                         :        BANKRUPTCY NO. 15-18658JKF

### ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

AND NOW, upon consideration of the Motion to Dismiss the Chapter 13 case filed by William C. Miller, Standing Trustee (the "Trustee"), and after Notice and hearing, it is ORDERED that:

1. This Chapter 13 Bankruptcy case is dismissed.

2. Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any Wage Orders previously entered are VACATED.

4. Pursuant to 11 U.S.C. 349(b)(3), the undistributed Chapter 13 Plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. 349(b)(3).

5. All applications for Allowance of Administrative Expenses (including Applications for Allowance of Professional Fees) shall be filed within twenty (20) days of the entry of this Order.

6. Counsel for the Debtor shall serve this Order by first class mail, postage prepaid, on all creditors and interested parties within five (5) days of the entry of this Order. Counsel shall file a Certification of Service confirming such service, and (1) a Certification of No Response confirming that neither an objection to the proposed compensation nor an Application for Administrative Expense has been filed; or (2) certify that such Applications had been filed and setting hearing on all such Applications.

7. If no Certification as required above in paragraph 6 has been entered on the Docket within sixty (60) days of the entry of this Order, then the Standing Trustee shall, if any Applications for Administrative Expenses other than the Debtor's counsel's have been filed, set a hearing thereon or if no such Applications have been filed, be authorized to return such funds to the Debtor pursuant to 11 U.S.C. §1328(a)(2).

BY THE COURT:

JEAN K. FITZSIMON,
U.S. Bankruptcy Judge

Dated: 9/29/16