UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                        :        CHAPTER 13

DEBRALEE GURBA,                               :

      Debtor                              :        BANKRUPTCY NO. 15-18658JKF

CERTIFICATION OF SERVICE OF
ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE
FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

James D. Moran, the attorney for the Debtor, hereby certifies that on September 30, 2016 he served a copy of the Court's Order of September 29, 2016 dismissing the above-captioned Chapter 13 case and Setting Deadline for Applications for Allowance of Administrative Expenses on the Office of the U.S. Trustee, the Standing Chapter 13 Trustee, the Debtor and on all creditors and parties in interest by first class mail, postage prepaid.

Respectfully submitted,

JAMES D. MORAN, ESQUIRE
Attorney for Debtor
2230 Land Title Building
100 South Broad Street
Philadelphia, PA 19110
Tel: (215) 751-1670
Fax: (215) 563-8330
jamesdmoran@hotmail.com

Dated: October 3, 2016