# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                          CHAPTER 13

**DEBRALEE GURBA,**

           DEBTOR                        BANKRUPTCY NO. 15-18658 JKF

## ORDER APPROVING COUNSEL FEE

AND NOW, this __21__ day of __October__, 2016, upon consideration of the foregoing Motion for Approval of Counsel Fee and it appearing to the Court that a fee of $3,000.00 is reasonable in this matter, it is:

ORDERED and DECREED that the counsel fee in the amount of $3,000.00 is APPROVED, and the balance due counsel in the amount of $2,400.00 shall be disbursed for the Debtor to the Debtor's attorney by the Standing Chapter 13 Trustee to the extent allowed by the Debtor's Modified Chapter 13 Plan.

BY THE COURT:

*/s/ Jean K. FitzSimon*

JEAN K. FITZSIMON,
United States Bankruptcy Judge

cc:

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106-0119

Debralee Gurba
6140 Charles Street
Philadelphia, PA 19135

James D. Moran, Esquire
2230 Land Title Building
100 South Broad Street
Philadelphia, PA 19110