United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Debralee Gurba  
    Debtor

Case No. 15-18658-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Virginia    Page 1 of 1    Date Rcvd: Oct 21, 2016  
                Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 23, 2016.  
db          +Debralee Gurba,   6140 Charles Street,   Philadelphia, PA 19135-3414

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                 TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 23, 2016                                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 21, 2016 at the address(es) listed below:  
      ANDREW F GORNALL    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, Et Al...  
       agornall@kmllawgroup.com,  bkgroup@kmllawgroup.com  
      JAMES D. MORAN    on behalf of Debtor Debralee  Gurba jamesdmoran@hotmail.com  
      PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov, james.feighan@phila.gov  
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
      WILLIAM C. MILLER    ecfemails@ph13trustee.com,  philaecf@gmail.com  
                                                                                                                            TOTAL: 5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                                CHAPTER 13

DEBRALEE GURBA,

                         DEBTOR                    BANKRUPTCY NO. 15-18658 JKF

## ORDER APPROVING COUNSEL FEE

AND NOW, this __21__ day of __October__, 2016, upon consideration of the foregoing Motion for Approval of Counsel Fee and it appearing to the Court that a fee of $3,000.00 is reasonable in this matter, it is:

ORDERED and DECREED that the counsel fee in the amount of $3,000.00 is APPROVED, and the balance due counsel in the amount of $2,400.00 shall be disbursed for the Debtor to the Debtor's attorney by the Standing Chapter 13 Trustee to the extent allowed by the Debtor's Modified Chapter 13 Plan.

BY THE COURT:

_____
JEAN K. FITZSIMON,
United States Bankruptcy Judge

cc:
William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106-0119

Debralee Gurba
6140 Charles Street
Philadelphia, PA 19135

James D. Moran, Esquire
2230 Land Title Building
100 South Broad Street
Philadelphia, PA 19110